IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

  v.

CURTIN'S AIRFREIGHT, INCORPORATED,

    Defendant.

No. C 13-80073 WHA

**ORDER REQUESTING STATUS REPORT**

In this action to enforce a foreign judgment, nothing has been filed by the parties for several months. The parties are **ORDERED** to file a status report by **SEPTEMBER 18 AT NOON** stating what steps are being taken to advance the action and whether the action should be dismissed.

**IT IS SO ORDERED.**

Dated: September 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE