United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CURTIN'S AIRFREIGHT, INCORPORATED, <br><br> Defendant. | No. C 13-80073 WHA <br><br> **ORDER REQUESTING STATUS REPORT** |

In this action to enforce a foreign judgment, nothing has been filed by the parties for several months. The parties are **ORDERED** to file a status report by **SEPTEMBER 18 AT NOON** stating what steps are being taken to advance the action and whether the action should be dismissed.

**IT IS SO ORDERED.**

Dated: September 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE