IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS. INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>CURTIN'S AIRFREIGHT, INCORPORATED, <br><br>　　　　Defendant. <br>　──────────────────────── / | No. C 13-80073 WHA <br><br>**ORDER RE DISMISSAL** |

　　　Pursuant to plaintiff's status report, plaintiff's motion to dismiss the action is **GRANTED**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE