IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS. INC., <br><br> Plaintiff, <br><br> v. <br><br> CURTIN'S AIRFREIGHT, INCORPORATED, <br><br> Defendant. | No. C 13-80073 WHA <br><br> **ORDER RE DISMISSAL** |

Pursuant to plaintiff's status report, plaintiff's motion to dismiss the action is **GRANTED**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE